The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NICOLE YOUNT, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>    v.<br><br>WILLIAMS-SONOMA STORES, INC., a foreign profit corporation doing business as WILLIAMS SONOMA, POTTERY BARN, POTTERY BARN KIDS, and WEST ELM; and DOES 1-20,<br><br>                      Defendants. | No. 2:24-cv-00522-RAJ<br><br>JOINT STIPULATION<br>AND ORDER TO REMAND |

      Plaintiff Nicole Yount and Defendant Williams-Sonoma Stores, Inc., by and through their respective undersigned counsel, respectfully request that this action be remanded to King County Superior Court for completion of a class-wide settlement. The parties have agreed to remand as a settlement term, and remand will effectuate swift resolution of the matter.

      *IT IS SO STIPULATED*.

      Dated this 12th day of August, 2024.

JOINT STIPULATION
AND ORDER TO REMAND - 1
No. 2:24-cv-00522-RAJ

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

| | |
|---|---|
| **EMERY \| REDDY, PLLC** | **MORGAN, LEWIS & BOCKIUS LLP** |
| By: */s/ Timothy W. Emery* | By:*/s/ Damon C. Elder* |
| By: */s/ Patrick B. Reddy* | By: */s/ Claire M. Lesikar* |
| By: */s/ Paul Cipriani* | Damon C. Elder, WSBA No. 46754 |
| Timothy W. Emery, WSBA No. 34078 | Claire M. Lesikar, WSBA No. 60406 |
| Patrick B. Reddy, WSBA No. 34092 | 1301 Second Avenue, Suite 3000 |
| Paul Cipriani, WSBA No. 59991 | Seattle, WA 98101 |
| 600 Stewart Street, Suite 1100 | Phone: (206) 274-6400 |
| Seattle, WA 98101 | Email: damon.elder@morganlewis.com |
| Phone: (206) 442-9106 | claire.lesikar@morganlewis.com |
| Email: emeryt@emeryreddy.com | |
| reddyp@emeryreddy.com | *Attorneys for Defendant* |
| paul@emeryreddy.com | |
| *Attorneys for Plaintiff* | |

JOINT STIPULATION
AND ORDER TO REMAND - 2
No. 2:24-cv-00522-RAJ

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

**ORDER**

Pursuant to the parties' stipulation above, this action shall be remanded to King County Superior Court for completion of a class-wide settlement.

IT IS SO ORDERED.

DATED this 13th day of August, 2024.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

JOINT STIPULATION
AND ORDER TO REMAND - 3
No. 2:24-cv-00522-RAJ

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711